IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BIMBO BAKERIES USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN MILLERS INTERNATIONAL UNION, LOCAL 111, <br><br> Defendant. | Civil Action No. 4:21-CV-01079-P |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Bimbo Bakeries USA, Inc. ("BBU") moves for summary judgment on its claims in this matter. In support of its motion, BBU also submits (1) its brief in support of its motion stating the basis of each claim as to which summary judgment is sought in compliance with Local Rules 56.3 and 56.5; and (2) a separate appendix of supporting materials in compliance with Local Rule 56.6.

Dated:  February 25, 2022               Respectfully submitted,

/s/ David R. Broderdorf
_____
David R. Broderdorf
Washington DC Bar No.: 984847
Virginia State Bar No.: 76538
Richard J. Marks (*Admitted Pro Hac Vice*)
Washington DC Bar No.: 1672161
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-5817
Facsimile: (202) 739-3001
david.broderdorf@morganlewis.com
rick.marks@morganlewis.com


Lauren A. West (Texas Bar No. 24070831)
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Telephone: (214) 466-4000
Fax: (214) 466-4001
lauren.west@morganlewis.com

*Attorneys for Plaintiff Bimbo Bakeries USA, Inc.*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was filed electronically and served on all counsel of record on this 25th day of February, 2022, via the Court's ECF/CM system.

_____
David R. Broderdorf